**Order filed, July 24, 2018.**



In The

# Court of Appeals

For The

# First District of Texas

————————

NO. 01-18-00507-CV

**BRADLEY BARTON, Appellant**

**V.**

**OFFICE OF ATTORNEY GENERAL, Appellee**

---

**On Appeal from the 309th District Court**
**Harris County, Texas**
**Trial Court Case 2017-83864**

---

## ORDER

The reporter's record in this case was due 06/11/2018. *See* Tex. R. App. P. 35.1. The court has not received a request to extend time for filing the record. The record has not been filed with the court. Because the reporter's record has not been filed timely, we issue the following order.

We order, the official (or substitute) court reporter, to file the record in this appeal, if any, **within 30 days** of the date of this order.

PER CURIAM